Brownfield and Donald (Snooky) Bullock).

Paul E. Bugay, Owensboro (for appellees Ruby Lee Wilson and James Fred Oliver), for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Geoghegan, Levy & Daly, Cincinnati, Ohio, for appellant.

G. Wayne Bridges, Covington, Rouse & Mathis, Walton, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

■
**The CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RAILWAY COMPANY, Appellants,**

v.

**Margaret GIBBINS, Administratrix of the Estate of Anna Rose Gibbins, Deceased, and Margaret Gibbins, Administratrix of the Estate of Celia Gibbins, Deceased, Appellees.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Boone Circuit Court; James R. Ford, Judge.

Vincent & Vincent, Williamstown, Bradley & Bradley, Georgetown, Lewis Levy,

■
**FOREST PRODUCTS, INC., Appellant,**

v.

**Roscoe N. DAVIS et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 28, 1973.

Appeal from Knox Circuit Court; Robert H. Helton, Jr., Judge.

Robert L. Milby, Hamm, Taylor, Milby & Farmer, London, for appellant.

Carlos B. Pope and Lowell W. Lundy, Barbourville, William L. Huffman, Dept. of Labor, J. Keller Whitaker, Director, Workmen's Comp. Board, Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

* Opinion ordered not to be published.